1 So.2d 43

**Reed Alton GRAVES v. STATE.**

7 Div. 560.

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

5 So.2d 847

**George GRAY v. STATE.**

6 Div. 778.

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 847

**Roy GREEN v. STATE.**

6 Div. 842.

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

4 So.2d 922

**Willie GREEN v. STATE.**

7 Div. 646.

Court of Appeals of Alabama.
Oct. 28, 1941.

E. W. Harmon, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

11 So.2d 168

**Willie Frank GREER v. STATE.**

4 Div. 753.

Court of Appeals of Alabama.
Nov. 17, 1942.

J. Hubert Farmer, of Dothan, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

1 So.2d 926

**Roger, alias Rogers, GRIMES v. STATE.**

4 Div. 641.

Court of Appeals of Alabama.
April 8, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.